■ ELSIE DAIDONE, Appellant, v. JOHN F. DAIDONE, Respondent.— Motion by appellant to add appeal to June Term Calendar, denied. Motion by appellant for leave to appeal as a poor person granted to the extent of dispensing with printing; otherwise motion denied. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of her typewritten brief and to serve one copy on respondent. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (May 26, 1961)

■ JOSEPH S. POLONSKI, Respondent, v. GLADYS M. POLONSKI, Appellant.— Motion for a stay, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## (May 31, 1961)

■ LEWIS K. APTON et al., Appellants-Respondents, v. BARDON STRUC-TURES, INC., et al., Respondents-Appellants.— Motion by plaintiffs to resettle order of this court, dated May 1, 1961, denied. Cross motion by defendants to direct plaintiffs to accept service of defendants' cross notice of appeal, denied without prejudice to renewal on the argument of the appeals. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ (A) CYE BLANC, Appellant, v. JULIUS MICHAEL et al., Copartners Doing Business under the Name of BOND INDUSTRIAL MAINTENANCE Co., Respondents. (B) FRANK VERDINO, as Administrator of the Estate of DELIO VERDINO, Deceased, Appellant, v. ROSE HAYES, as Administratrix of the Estate of ALBERT WINTER, Deceased, Respondent. (C) MICHELE DE RIENZO et al., Appellants, v. BROOKLYN UNION GAS COMPANY, Respondent. (D) In the Matter of CHARLES H. LIGHT et al., Appellants, v. C. EUGENE BALDWIN, as Deputy Manager and Chief Building Inspector of the Building Department of the Town of Hempstead, Respondent, et al., Intervenor-Respondent. (E) PETER LACK, Appellant, v. E. P. LAWSON Co., INC., Respondent.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ SIDNEY BLUMENBERG, Respondent, v. ARCHIBALD NEUBECKER, Appellant.— Motion by appellant to stay the execution of the judgment in the action, pending appeal, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ EMMA CLARK, as Administratrix of the Estate of PAUL G. CLARK, Deceased, Respondent, v. FIFTY SEVENTH MADISON CORPORATION et al., Defendants, and SEDGWICK MACHINE WORKS, INC., Appellant.— Motion by respondent for reargument referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ BEVERLY CRAWFORD, by MARGUERITE BECK, Her Guardian ad Litem, Respondent, v. FRANCIS X. CRAWFORD, Appellant.— Motion by appellant to dispense with printing granted as follows: The appeal will be heard on a type-written record and on the typewritten briefs of the appellant and the respondent. Two copies of the typewritten record shall be filed and one copy served. Six